DIGITAL RECORDING: 11:45 am - 12:07 pm

- [x] **INITIAL APPEARANCE**
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [ ] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: DRB  DEPUTY CLERK: sql

CASE NO.: 3:06MJ99-VPM  DEFT. NAME: Rhonda BAIRD

USA: ~~Brown~~ Snyder  ATTY: Treadwell
Type Counsel: (x) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO
( ) Stand In ONLY

USPTSO/USPO: Martin

Defendant ____ does __✓__ does NOT need an interpreter

Interpreter present __✓__ NO ____ YES NAME: ____

- [x] kars.  Date of Arrest 10-12-06 or [ ] karsr40
- [x] kia.   Deft. First Appearance. Advised of rights/charges. [ ] Pro/Sup Rel Violator
- [x] kcnsl. Deft. First Appearance with Counsel
- [ ]       Deft. First Appearance without Counsel
- [ ]       Requests appointed Counsel  [ ] ORAL MOTION for Appointment of Counsel
- [ ] kfinaff. Financial Affidavit executed [ ] to be obtained by PTSO
- [ ] koappted ORAL ORDER appointing Community Defender Organization - **Notice to be filed.**
- [ ] k20appt. Panel Attorney Appointed; [ ] to be appointed - prepare voucher
- [ ]       Deft. Advises he will retain counsel. Has retained ____
- [ ]       Government's ORAL (kgoralm.) Motion for Detention Hrg. [ ] To be followed by written motion;
- [ ]       Government's WRITTEN Motion for Detention Hrg. filed.
- [ ] kdmhrg. **Detention Hearing** [ ] held; [ ] set for ____
- [ ] kotempdtn. ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- [ ] kodtn. ORDER OF DETENTION PENDING TRIAL entered
- [x] kocondrls. Release order entered. Deft. advised of conditions of release
- [x] kbnd.  [ ] BOND EXECUTED (M/D AL charges) $25,000. Deft released (kloc LR)
            [ ] BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- [ ] kloc.(LC) Bond NOT executed. Deft to remain in Marshal's custody
- [ ]       Preliminary Hearing [ ] Set for ____
- [ ] ko.   Deft. ORDERED REMOVED to originating district
- [ ] kwvprl. Waiver of [ ] preliminary hearing; [ ] Kwvr40hrg. (Waiver of R.40 Hearing)
- [ ]       Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
- [ ] karr.  ARRAIGNMENT SET FOR: ____ [ ] HELD. Plea of **NOT GUILTY** entered.
            [ ] Set for ____ Trial Term; [ ] PRETRIAL CONFERENCE DATE: ____
            DISCOVERY DISCLOSURES DATE: ____
- [x] krmknn. NOTICE to retained Criminal Defense Attorney handed to Counsel
- [ ] krmvhrg. Identity/Removal Hearing set for ____
- [ ] kwvspt Waiver of Speedy Trial Act Rights Executed