IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA,

    -v-                                       CASE NO.: 3:06MJ99-VPM

RONDA BAIRD,

    Defendant.

_____

NOTICE OF APPEARANCE
_____

COMESCOMES NOW, Mark Allen Treadwell,COMES NOW, Mark Allen Treadwell, Attorney AppearanceAppearance as retained counsel for Ronda Baird, in the above-Appearance as retained counsel appearance, counsel requests the following:

1.    That attorney s name be entered on the appropriate court documents as counsel of record.

2.    That notices of trial dates, continuances, etc. be forwarded to attorney.

This the ___13th_____ day of _October_____2006.

S/ Mark Allen Treadwell, (TRE 005)

OLIVER-TREADWELL
129 West Columbus Street
Dadeville, Alabama 36853
(256) 825-9296

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon the following electronically via the Case Management Electronic Case Filing addressed to:

Hon. Todd Brown
US. Attorney s Office for Middle District of Alabama
One Court Square Suite 201
Montgomery, Alabama 36104


On this ___13_ day of _October____ 2006.


S/ Mark Allen Treadwell (TRE005)