IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| vs. ) | CR. NO.: 3:06mj99-VPM |
| ) | |
| RONDA BAIRD ) | |
| ) | |

**ORDER**

For good cause, it is

**ORDERED** that a Preliminary Hearing for the defendant, RONDA BAIRD, be and is hereby scheduled for 26 October 2006 at 10:00 a.m., in courtroom 5A, Frank M. Johnson, Jr United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 19th day of October, 2006

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE