MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN, DIVISION
Montgomery, Alabama

HON. Vanzetta Penn McPherson

DATE COMMENCED: 10/26/06

DATE COMPLETED: 10/26/06

DIGITAL RECORDING: 10:08 - 10:55

3:06mj98- VPM
3:06mj99- VPM
3:06mj100-VPM

USA
vs
OCTAVIO TREJO PATINO
RONDA BAIRD
RAMON CONTRERAS RODRIGUEZ

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Clark Morris | | Mark Allen Treadwell (Trejo Patino, Baird) |
| | | Richard Keith (Standing in for Jay Lewis For Contreras Rodriguez) |

COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy
Beverly Childress, Interpreter

PROCEEDINGS:

( ) JURY TRIAL
(x) OTHER PROCEEDINGS:    PRELIMINARY HEARING

SEE MINUTES ATTACHED

### LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

**Description:** 3:06mj98-VPM USA vs. Octavio Trejo Patino; 3:06mj99-VPM USA vs. Ronda Baird; 3:06mj100-VPM USA vs. Ramon Contreras Rodriguez: PRELIMINARY HEARINGS

**Date:** 10/26/2006     **Location:**

| Time | Speaker | Note |
|---|---|---|
| 10:14:11 AM | Court | Convenes; Government request Waiver of Conflict of Interest; Court orders parties sign a waiver of conflict during proceedings |
| 10:14:16 AM | Government | Calls Witness Jonathan Harrison; Witness testifies |
| 10:35:26 AM | Defense for Baird, Trejo Patino | Cross Examines Witness |
| 10:45:28 AM | Defense for Contreras Rodriguez | Cross Examines Witness |
| 10:49:29 AM | Government | Re-Directs Witness |
| 10:52:32 AM | Defense for Baird, Trejo Patino | Further questions witness |
| 10:53:05 AM |  | Government Rests |
| 10:53:24 AM |  | Defense has no witness further questions; No Witnesses |
| 10:53:32 AM | Court | Probable Cause found; Defendants should be bound over to Grand Jury |
| 10:55:34 AM |  | Recess |

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

USA                                              *
                                                 *
VS.                                              *
                                                 *

| Octavio Trejo Patino | 3:06mj98-VPM |
| Ronda Baird | 3:06mj99-VPM |
| Ramon Contreras Rodriguez | 3:06mj100-VPM |

## WITNESS LIST

| PLAINTIFF/GOVERNMENT | DEFENDANT |
|---|---|
| 1. Jonathan Harrison | 1. |
| 2. | 2. |
| 3. | 3. |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |
| 16. | 16. |

17. _____     17. _____